UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KARLA TERRY,

                Plaintiff,

-against-

STRAIGHT SMILE LLC d/b/a BYTE,

                Defendant.

Case: 3:22-cv-01311-DNH-ML

**NOTICE OF FRCP R. 41 DISMISSAL**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), plaintiff Karla Terry, by her counsel, Schlather, Stumbar, Parks & Salk, LLP, hereby gives notice that this action is voluntarily dismissed without prejudice.

Dated: Ithaca, New York
        January 23, 2023

IT IS SO ORDERED:

_David N. Hurd_
U.S. District Judge

Dated: 1-24-2023

By: _Jacob P. McNamara_
Jacob P. McNamara, Esq. (Bar Roll 518140)
Schlather, Stumbar, Parks & Salk, LLP
200 East Buffalo Street
P.O. Box 353
Ithaca, New York 14851
(607) 273-2202
jake@ithacalaw.com